IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR MOSES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. 21-670 |
| | ) | |
| | ) | Magistrate Judge Dodge |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

And now, this 3rd day of January, 2023, for the reasons stated in the Memorandum Opinion, it is ordered that Plaintiff's motion for summary judgment (ECF No. 58) is denied.

s/Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge