IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR MOSES, Plaintiff, vs UNITED PARCEL SERVICE, INC., Defendant. | Civil Action No. 21-670 Magistrate Judge Dodge |

## **ORDER**

AND NOW, this 3rd day of January 2023, IT IS HEREBY ORDERED that judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure is entered in favor of Defendant and against Plaintiff Arthur Moses.

 s/Patricia L. Dodge
 PATRICIA L. DODGE
 United States Magistrate Judge